**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RAYMOND S. KAGELS,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,<br><br>Defendant. | CA 07 168 ML<br>Civil Action No. __________ |

**NOTICE OF REMOVAL**

Defendant Cambridge Galaher Settlements & Insurance Services, Inc. ("Cambridge") files this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446 and hereby remove this action from the Superior Court of the State of Rhode Island, Washington Division (the "Superior Court Action") to the United States District Court for the District of Rhode Island. As its reasons for removal, Cambridge states:

1. By Summons and Complaint, Plaintiff Raymond S. Kagels ("Plaintiff" or "Kagels") commenced a civil action against Defendant Cambridge in Washington Superior Court titled *Raymond S. Kagels v. Cambridge Galaher Settlements & Insurance Services, Inc.*, Docket No. WC07-0249. A true and correct copy of the Summons Complaint served by Plaintiff on Cambridge is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Cambridge in this action to the present date.

2. Cambridge was served with the summons and complaint in the Pending Action on or about April 25, 2007.

3. This Notice of Removal is being filed within thirty (30) days after Cambridge was first able to ascertain that the case is one which is or has become removable and is timely filed under 28 U.S.C. § 1446(b).

4. This Court has diversity jurisdiction over the Complaint pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Kagels is a citizen of the State of Rhode Island, with a residence in Washington County, Rhode Island.

6. Cambridge is a corporation organized and existing under the laws of the State of California, with a principal place of business in Greenwich, Connecticut.

7. Although the Complaint does not specify the precise amount of damages sought, the amount in controversy in this case exceeds $75,000. Kagels seeks declaratory judgment, to enforce an alleged contract, and to recover related damages, punitive damages, costs and attorneys' fees.

8. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332. The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

9. The Pending Action is properly removed to this Court under 28 U.S.C. §§ 1441 and 1446 because it is pending in Washington County, Rhode Island, which lies within this District.

Respectfully submitted,

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

By its attorneys,

George P. Kostakos (R.I. Bar. # 6971)
Littler Mendelson, P.C.
Ten Weybosset Street
Providence, RI 02903
(401) 454-2910
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: May 14, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 14th day of May 2007, a true and accurate copy of the foregoing Notice of Removal was served via first class mail upon plaintiff's counsel of record:

Andrew J. McKay
Kenyon Law Associates, LLP
133 Tower Hill Road, Suite 1
Wakefield, RI 02879

George P. Kostakos

Firmwide:82454189.1 047638.1017