LITTLER MENDELSON®

A PROFESSIONAL CORPORATION

ALABAMA
ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
WASHINGTON

June 5, 2007

George P. Kostakos
Direct: 401.454.2910
Direct Fax: 617.531.2051
gkostakos@littler.com

**VIA OVERNIGHT MAIL**

Civil Clerk
United States District Court
for the District of Rhode Island
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

***Re: Kagels v. Cambridge Galaher Settlements & Insurance Services, Inc.;***
**Civil Action No. 07-00168-ML-LDA**

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find the certified copy of the state court record.

Thank you for your attention to this matter.

Sincerely,

George P. Kostakos /mg

George P. Kostakos

/mg
Enclosures

cc: Andrew J. McKay, Esq.
Daniel W. Srsic, Esq.

Firmwide:82564267.1 047638.1017

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0249 RAYMOND KAGELS V CAMBRIDGE GALAHER SETTLEMENTS

Filing Date: 04-20-2007
Case Status: CLOSED AT FILING

Case Type: CONTRACT DAMAGES
Status Date: 05-16-2007

Plaintiff: RAYMOND KAGELS
ID: @10901320

Attorney: ANDREW MCKAY

Defendant: CAMBRIDGE GALAHER SETTLEMENTS & INS
ID: @10901321

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 04-20-2007 | COMPLAINT FILED | |
| 04-20-2007 | INITIAL FILING FEE | |
| 04-20-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW34797. |
| 05-16-2007 | CASE REMVD TO US DISTRICT CT | |
| 05-16-2007 | NOTICE | REMOVAL TO US DISTRICT COURT Affiliated: CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES INC |
| 05-16-2007 | OTH DOCUMENT FILED AT FILING | |

True Copy Attest
C. R. [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island