UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAYMOND S. KAGELS,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,<br><br>Defendant. | Civil Action No. 07-168-ML-LDA |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Cambridge Galaher Settlements & Insurance Services, Inc. hereby moves that Daniel W. Srsic be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

Respectfully submitted,

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

By its attorneys,

/s/ George P. Kostakos
George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2903 (t)
401-454-2969 (f)
gkostakos@littler.com

Dated: June 29, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 29th day of June 2007 the foregoing Motion for Admission Pro Hac Vice and attached Certification of Daniel W. Srsic was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos