**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RAYMOND S. KAGELS,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,<br><br>Defendant. | Civil Action No. 07-168-ML-LDA |

**JOINT MOTION FOR POSTPONEMENT OF SETTLEMENT CONFERENCE**

Plaintiff Raymond S. Kagels ("Plaintiff") and Defendant Cambridge Galaher Settlements & Insurance Services, Inc. ("Defendant") hereby jointly move for a postponement of the settlement conference currently scheduled for November 7, 2007, until the parties have engaged in additional discovery, and after the resolution of dispositive motions in this case. As grounds for their motion, Plaintiff and Defendant state as follows:

At the Rule 16 conference held on July 24, 2007, the Court referred this matter to Senior Magistrate Judge Robert W. Lovegreen for a settlement conference. Since that time, the parties have engaged in significant discovery efforts, including the exchange of written discovery requests, and conducted good faith discussions regarding their respective settlement positions. Based on their discussions, the parties agree that they require additional discovery to better develop their respective positions in this case and to enable them to participate in a more meaningful and productive settlement conference.

In addition, the parties specifically request that the Court postpone the settlement conference until after the Court's ruling on the parties' anticipated dispositive motion or motions. Plaintiff has filed a complaint alleging breach of contract and unjust enrichment, and seeks declaratory relief that Defendant is bound by a Commission Sharing Agreement signed by Plaintiff and an individual named Elsa A. Vernon. Defendant maintains that Plaintiff's claim fails because Defendant is not a party to the alleged agreement.

Through their recent discussions, the parties recognize that they maintain considerably different positions regarding the existence of an agreement as alleged by Plaintiff, and whether any agreement can be enforced against Defendant. They further recognize that their differences would prevent them from engaging in meaningful settlement discussions at this point. The parties agree that these contract issues will likely be the subject of dispositive motions, and that the outcome of such motions could significantly impact their ability to engage in more viable settlement discussions. For this reason, the parties request that the Court postpone the settlement conference until after it has rendered a decision on dispositive motions or, if no motions are filed, until after February 7, 2008.[1]

WHEREFORE, the parties respectfully request that the Court grant their joint motion to postpone the settlement conference currently set in this case for November 7, 2007, until such time as the Court has rendered its decision on the parties' summary judgment motions, or, if no motions are filed, until after February 7, 2008.

[1] Pursuant to the Court's Scheduling Order, the parties must file dispositve motions on or before February 7, 2008.

Respectfully submitted,

**RAYMOND S. KAGELS**

By his counsel,

/s/Andrew J. McKay
Andrew J. McKay (R.I. Bar No. 5395)
Kenyon Law Associates, LLP
133 Tower Hill Rd., Suite 1
Wakefield, RI 02879'
(401) 789-0217
(401) 789-3584 (fax)
ajm@kenyonlawyers.com

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.**

By its counsel,

/s/ George P. Kostakos
George P. Kostakos (R.I. Bar. No. 6971)
Littler Mendelson, P.C.
Ten Weybosset Street
Providence, RI 02903
(401) 454-2910
(401) 454-2969 (fax)
gkostakos@littler.com

Daniel W. Srsic
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, Ohio 43215
(614) 463-4213
(614)573-9812 (fax)
dsrsic@littler.com

Dated: November 2, 2007

Firmwide:83480179.1 047638.1017