**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RAYMOND S. KAGELS,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,<br><br>Defendant. | Civil Action No. 07-cv-168-ML |

**DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER**[1]

Defendant Cambridge Galaher Settlements & Insurance Services, Inc. ("Defendant") hereby moves to extend briefly the deadlines set forth in the Scheduling Order issued by the Court on July 27, 2007. Defendant seeks only a brief, forty-five (45) day extension of such deadlines. As grounds for their motion, Defendant states as follows:

1. At the Rule 16 conference held on July 24, 2007, the Court referred this matter to Senior Magistrate Judge Robert W. Lovegreen for a settlement conference on November 7, 2007. The settlement conference was continued until February 13, 2008, to enable the parties to continue efforts to engage in discovery. Since then, the parties have engaged in significant written discovery, and require additional time to supplement and complete such discovery. In addition, the parties have discussed depositions in this case, and are currently working to schedule Plaintiff's deposition, as well as the depositions of

[1] Defendant attempted in good faith to confer with counsel for Plaintiff in advance of filing this motion. While counsel for Plaintiff previously indicated that Plaintiff agrees conceptually with the modification of the Scheduling Order, prior to the filing of this Motion, Defendant was unable to obtain Plaintiff's agreement as to its form.

other witnesses in this case. The parties require the additional time to address any outstanding issues related to written discovery, and to complete the contemplated depositions in this case. Defendant anticipates that it will complete Plaintiff's deposition in advance of the upcoming settlement conference on February 13, 2008.

2. The additional time will also enable the parties to devote their full efforts to the settlement conference set for February 13, 2008. Moreover, by postponing the dispositive motion deadline, the parties can devote resources to the settlement conference that might otherwise be directed to the preparation of briefs in support of any dispositive motion, and any oppositions filed by the parties.

3. As a result of the foregoing, Defendant does not anticipate being able to complete discovery by the current January 24, 2008 deadline established by the Court. Defendant states further that this is the first request for any modification of the dates for completion of discovery and the filing of dispositive motions in this case.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion to Modify Scheduling Order as follows:

| EVENT | MODIFIED DEADLINE |
|---|---|
| Discovery completed | March 10, 2008 |
| Filing of dispositive motions | March 24, 2008 |
| If no dispositive motions are filed, filing of pretrial memorandum in accordance with the Court's order of July 27, 2007 | April 15, 2008 |

Respectfully submitted,

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.**

By its Counsel,

/s/ George P. Kostakos
George P. Kostakos (R.I. Bar. No. 6971)
Littler Mendelson, P.C.
Ten Weybosset Street
Providence, RI 02903
(401) 454-2910
(401) 454-2969 (fax)
gkostakos@littler.com

Daniel W. Srsic
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, Ohio 43215
(614) 463-4213
(614)573-9812 (fax)
dsrsic@littler.com

Dated: January 24, 2008

CERTIFICATE OF SERVICE

I, George P. Kostakos, hereby certify that on this 24th day of January 2008, the foregoing Motion to Modify Scheduling Order was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants.

/s/ George P. Kostakos
George P. Kostakos

Firmwide:84136354.1 047638.1017