**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

Defendant.

**PLAINTIFF'S MOTION TO MODIFY SCHEDULEING ORDER**

Plaintiff Raymond S. Kagels ("Plaintiff") hereby moves to extend the deadlines set forth in the Scheduling Order issued by this Court. Plaintiff seeks an additional forty five (45) day extension of such deadlines. As grounds for his motion, Plaintiff states as follows:

1. Plaintiff's attorney, Andrew J. McKay has recently underwent minor surgery for a partially collapsed lung and fluid on his lung. He has more significant surgery scheduled at Rhode Island Hospital for a thoroscopy and lung biopsy with possible additional surgery depending on the findings. This surgery is scheduled for March 5, 2008 with an anticipated hospital stay of 2-5 days depending on the size of the incision that is necessary and the length of time for the lung to reinflate. Recovery of approximately 2 weeks post-hospitalization is anticipated and ability to travel is restricted.
2. Plaintiff has requested documents that are essential for a meaningful deposition. Plaintiff's and Defendant's attorneys are reviewing a proposed Confidentiality Agreement and Protective Order for business documents prior to their release by the

Defendant. Plaintiff and his attorney will have to review these documents in detail prior to conducting a meaningful deposition.

3. Plaintiff's attorney has recently learned that the three essential witnesses for the Defendant have windows of availability and are declining to travel to either Rhode Island or one location for multiple depositions. The witnesses, executives of the Defendant, are located in Atlanta, Cleveland and Chicago. Plaintiff's attorney is filing a motion to compel all depositions in Rhode Island or if such is denied by the Court, to compel all depositions in one location, at the Defendant's principal place of business.

4. As a result of the foregoing, Plaintiff does not anticipate being able to complete discovery by the current March 10, 2008 deadline established by the Court. This motion has been discussed with counsel for the Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Modify Scheduling Order as follows:

| EVENT | MODIFIED DEADLINE |
|---|---|
| Discovery Completed | April 24, 2008 |
| Filing of Dispositive Motions | May 8, 2008 |
| If no Dispositive Motions are filed, filing of Pretrial Memoranda | May 29, 2008 |

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel via E-mail and first-class U.S. mail, postage prepaid, on this 26 day of February, 2008:

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903

Daniel W. Srsic, Esq.
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, Ohio 432 15-4228