# POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS that, I, Jennifer C. Mauran, of South Kingstown, County of Washington, State of Rhode Island, do hereby nominate, constitute and appoint, JAMES J. MCGAIR, of Cranston, County of Providence, State of Rhode Island, as my true and lawful ATTORNEY, for me and in my stead, and in my name,

To borrow money and to make, execute, sign, acknowledge and deliver a mortgage to RBS Citizens, N.A., in the amount of $305,000.00 on that certain real estate in the Town of South Kingstown, County of Washington, State of Rhode Island, being more particularly described in Exhibit A attached hereto and made a part hereof, AND

To make, execute, sign and deliver any and all promissory notes necessary in the premises and any and all other necessary documents, including IRS Form 4506; AND

To approve any closing statements or disbursements of funds regarding the aforesaid borrowing of money, AND

Generally to act in the premises as effectually as I could do if personally present, hereby ratifying and confirming all that my said ATTORNEY shall lawfully do by virtue hereof.

This power of attorney shall not be affected by the incompetency of the donor.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this ______ day of __________, 2008.

______________________________
JENNIFER C. MAURAN

STATE OF ____________________
COUNTY OF ___________________

In ______________________, on the _____ day of __________, 2008, before me personally appeared, JENNIFER C. MAURAN, to me known and known by me to be the party executing the foregoing instrument, and she acknowledged said instrument by her executed, to be her free act and deed.

______________________________
Notary Public
My commission expires: