**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

Defendant.

**PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Raymond S. Kagels ("Plaintiff") hereby moves to extend the deadlines set forth in the Scheduling Order issued by this Court. Plaintiff seeks an additional forty five (45) day extension of such deadlines. As grounds for his motion, Plaintiff states as follows:

1. Plaintiff's attorney, Andrew J. McKay recently underwent surgery on his right lung at Rhode Island Hospital on March 5, 2008 with a hospital stay until March 8, 2008. Because of the recovery time from the surgery and his work schedule, Plaintiff's attorney has been unable complete the necessary discovery with the time he anticipated.
2. The parties anticipate completing the review and submitting to the Court a draft protective order within the week. Agreement on this order is necessary before the Defendant will release documents. Plaintiff further intends to file a motion to ast the Court to determine the proper location for depositions of out-of-state witnesses. Plaintiff anticipates filing that Motion within the next 10 days.
3. As a result of the foregoing, Plaintiff does not anticipate being able to complete discovery

by the current April 24th 2008 deadline established by the Court. This motion has been discussed with counsel for Defendant's, and counsel for Plaintiff is authorized to state that Defendant assents to the request for modification of the scheduling order as requested by the Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Modify Scheduling Order as follows:

| EVENT | MODIFIED DEADLINE |
| --- | --- |
| Discovery Completed | June 10, 2008 |
| Filing of Dispositive Motions | June 24, 2008 |
| If no Dispositive Motions are filed, filing of Pretrial Memoranda | July 15, 2008 |

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel via E-mail on the 16th and 21st day of April, 2008:

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903