**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

Defendant.

**PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Raymond S. Kagels ("Plaintiff") hereby moves to extend the deadlines set forth in the Scheduling Order issued by this Court. Plaintiff seeks an additional thirty (30) day extension of such deadlines. As grounds for his motion, Plaintiff states as follows:

1. The parties have been attempting to schedule depositions in this case but have had to cancel such depositions due to unavailability of the witnesses and or counsel.
2. The parties have tentatively agreed to a deposition date of the Plaintiff for June 17th 2008 and the Plaintiff has noticed the Deposition of Mr. David Hays for the same date.
3. The parties anticipate a motion to determine if the deposition of out of state witnesses will be held in Rhode Island, at the location of the witnesses or some other place of business of the Defendant..
4. As a result of the foregoing, the parties do not anticipate being able to complete discovery by the current June 10th 2008 deadline established by the Court. This motion has been discussed with counsel for Defendant's, and counsel for Plaintiff is authorized to state

that Defendant assents to the request for modification of the scheduling order as requested by the Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Modify Scheduling Order as follows:

| EVENT | MODIFIED DEADLINE |
|---|---|
| Discovery Completed | July 10, 2008 |
| Filing of Dispositive Motions | July 24, 2008 |
| If no Dispositive Motions are filed, filing of Pretrial Memoranda | August 14, 2008 |

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel via E-mail on the 6th day of June, 2008:

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903