**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER**
**SETTLEMENTS & INSURANCE**
**SERVICES, INC.,**

Defendant.

**PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Raymond S. Kagels ("Plaintiff") hereby moves to extend the deadlines set forth in the Scheduling Order issued by this Court. Plaintiff seeks an additional forty-five (45) day extension of such deadlines. As grounds for his motion, Plaintiff states as follows:

1. Plaintiff has attempted to schedule depositions in the State of Rhode Island of Defendant's employees. The defendant has declined to make any witnesses available for deposition within the State of Rhode Island, requiring Plaintiff to travel to Georgia, Illinois and Ohio to depose the necessary witnesses.
2. Plaintiff is filing a Motion with this Court to compel the attendance of witnesses within the State of Rhode Island or in the alternative at an office of the Defendant in the Rhode Island/Massachusetts/New Hampshire region.
3. The Plaintiff received the Defendant's Response to Plaintiff's Request for Production of Documents on July 1, 2008. Plaintiff is filing a Motion to Compel Production of Documents responsive to Plaintiff's request. Plaintiff anticipates that Defendant will

cooperate and provide the necessary documents.

4. As a result of the foregoing, the parties do not anticipate being able to complete discovery by the current July 10th 2008 deadline established by the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Modify Scheduling Order as follows:

| EVENT | MODIFIED DEADLINE |
|---|---|
| Discovery Completed | August 25, 2008 |
| Filing of Dispositive Motions | September 8, 2008 |
| If no Dispositive Motions are filed, filing of Pretrial Memoranda | October 8, 2008 |

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel via E-mail on the 9th day of June, 2008:

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903