LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

June 17, 2008

George P. Kostakos
Direct: 401.824.2111
Direct Fax: 617.531.2051
gkostakos@littler.com

**HAND DELIVERY**

Andrew J. McKay, Esq.
Kenyon Law Associates, LLP
133 Tower Hill Road - Suite 1
Wakefield, RI 02879

Re: Raymond S. Kagels v. Cambridge Galaher Settlements & Insurance, Inc.
C.A. No.: CA-168-ML

Dear Andy:

I write regarding the Notice of Deposition issued by Plaintiff for the deposition of David Hays. As you know, Mr. Hays, works for the Defendant, Cambridge, Galaher Settlements & Insurance, Inc. ("Cambridge") in Atlanta, Georgia. Cambridge objects to the Notice, and maintains that Mr. Hays deposition should be taken in Atlanta rather than Rhode Island. To the extent you seek to depose other employees of Cambridge that work and reside outside of Rhode Island, Cambridge reserves the right to similarly object to the venue of those depositions.

Sincerely,

/s/ George P. Kostakos

George P. Kostakos

GPK/peb

Firmwide:85586965.1 047638.1017