**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER**
**SETTLEMENTS & INSURANCE**
**SERVICES, INC.,**

Defendant.

**PLAINTIFF'S MOTION TO COMPEL DEPOSITION**
**WITHIN THE STATE OF RHODE ISLAND**

Plaintiff Raymond S. Kagels ("Plaintiff") hereby moves to compel selected employees of the Defendant to come to the State of Rhode Island to be deposed. As grounds for his motion, Plaintiff states as follows:

1. Plaintiff's attorney sent a Notice of Deposition to counsel for the Defendant scheduling a deposition within the State of Rhode Island. Plaintiff's attorney was advised that employees of the Defendant would submit to depositions but not within the State of Rhode Island. The 3 witnesses, who are executives of the Defendant, are located in Atlanta, Chicago and Cleveland.
2. Plaintiff does not have the financial resources pay for himself and counsel to travel to Georgia, Illinois and Ohio in order to depose these witnesses. Requiring the depositions to be conducted at the home city of the witnesses would create an extreme burden upon the Plaintiff.
3. Defendant is a large corporation that has the financial capacity to fund travel for these witnesses. Plaintiff is aware that employees of the Defendant conduct travel on a regular

basis and there are only 3 witnesses that the Plaintiff seeks to depose.

4. Counsel for the Plaintiff and for the Defendant are both located in the State of Rhode Island and the Defendant conducts business in the State of Rhode Island. Additionally the Defendant also has offices in Massachusetts and New Hampshire.

5. Counsel for the Plaintiff believes that the interests of judicial economy and efficiency dictate that the depositions be conducted within the State of Rhode Island. Counsel for the Plaintiff further believes that equity favors the conducting of depositions within the State of Rhode Island.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant its Motion to Compel depositions within the State of Rhode Island.

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel via E-mail and first-class U.S. mail, postage prepaid, on this ____ day of ____________________, 2008:

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903

______________________________