**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

Defendant.

**NOTICE OF DEPOSITION OF MR. DAVID HAYS**

TO: George P. Kostakos, Esq.
Littler Mendelson
10 Weybosset Street
Suite 404
Providence, RI 02903

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by his attorneys, will take the deposition upon oral examination of Mr. David Hays, Executive Vice President of the Defendant Cambridge Galaher Settlements & Insurance Services, Inc. on June 17, 2008 at 9:30 am, and continuing from day to day until completed, before a notary public or other officer authorized by law to administer oaths at the offices of Kenyon Law Associates, 133 Old Tower Hill Road, Wakefield, RI 02879.

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

[signature]

Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel via facsimile and first-class U.S. mail, postage prepaid, on this 2d day of June 2008

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-454-2969