**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RAYMOND S. KAGELS,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,<br><br>Defendant. | Civil Action No. 1:07-00168-ML-LDA |

**DEFENDANT'S EMERGENCY MOTION TO POSTPONE DISPOSITIVE MOTION DEADLINE AND MEMORANDUM IN SUPPORT**

Defendant Cambridge Galaher Settlements, Inc. (the "Company" or "Defendant") submits its Emergency Motion to Postpone Dispositive Motion Deadline and Memorandum in Support. Defendant seeks postponement of the date for filing a motion for summary judgment until such time as the Court has ruled on Plaintiff's pending motion to compel depositions.

In support of its Motion, Defendant states as follows:

1. On or about June 2, 2008, Plaintiff Raymond S. Kagels ("Kagels" or "Plaintiff"), served a Notice of Deposition for David Hays, an Executive Vice President and Chief Operating Officer of the Company. Plaintiff noticed Mr. Hays' deposition to take place in Rhode Island. Plaintiff has also stated that he similarly seeks to take the depositions of Dennis Drexler, the Company's President, and Elsa Vernon, an Assistant Vice President of the Company, in Rhode Island. Each of these witnesses work and reside outside of Rhode Island -- Mr. Hays works in the Company's offices located in Atlanta, Georgia, Mr. Drexler works and resides in Chicago, Illinois and Ms. Vernon lives and works Lorain, Ohio.

2. Defendant objected to the taking of these depositions in Rhode Island. On August 13, 2008, Plaintiff filed a motion to compel ("Motion to Compel") the depositions of David Hays, Dennis Drexler and Elsa Vernon in Rhode Island.

3. Defendant filed its opposition to the Motion to Compel on September 2, 2008, and pursuant to Rule 26(c)(2) of the Federal Rules of Civil Procedure, requested that the Court enter a protective order requiring that any deposition of the aforementioned witnesses take place where each witness works and resides. The Court referred the Motion to Compel to Magistrate Lincoln Almond on September 5, 2008. Plaintiff's Motion to Compel remains pending before the Court.

4. The period for discovery in this case ended, by extension, on August 25, 2008.

5. Dispositive motions are currently due in this matter on September 8, 2008.

6. Defendant intends to file a motion for summary judgment in this matter pursuant to Rule 56 of the Federal Rules of Civil Procedure.

7. In the event the Court grants Plaintiff's Motion to Compel, and Plaintiff takes the depositions of Mr. Hays, Mr. Drexler and Ms. Vernon, Defendant is entitled to the benefit of the transcripts from those depositions in advance of making any motion for summary judgment. Each of the subject individuals are important witnesses in this case.

For these reasons, Defendant respectfully requests that this Court grant Defendant's Emergency Motion to Postpone Dispositive Motion Deadline, and issue an order postponing the date for filing dispositive motions:

(a) until ten (10) days after the Court denies Plaintiff's Motion to Compel, or

(b) if the Court grants Plaintiff's Motion to Compel, until a date that is a reasonable time after the completion of the subject depositions.

Respectfully submitted,

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.**

By its attorneys,

/s/ George P. Kostakos
George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
401-824-2111 (t)
401-454-2969 (f)
gkostakos@littler.com

Daniel W. Srsic
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, Ohio 43215
(614) 463-4213
(614)573-9812 (fax)
dsrsic@littler.com

Dated: September 5, 2008

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 5nd day of September, 2008, the foregoing document was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ George P. Kostakos
George P. Kostakos