**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND S. KAGELS,**

**Plaintiff,**

Civil Action No. 07-168-ME

v.

**CAMBRIDGE GALAHER SETTLEMENTS & INSURANCE SERVICES, INC.,**

Defendant.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEPOSITIONS WITHIN THE STATE OF RHODE ISLAND**

Plaintiff Raymond S. Kagels ("Plaintiff") submits this memorandum in support of his motion to compel depositions within the State of Rhode Island. The Plaintiff believes that this matter may be resolved as the Plaintiff has advised the Defendant that he is willing to conduct the planned depositions telephonically. In support of his motion the Plaintiff states as follows:

## FACTS

Plaintiff does not dispute the facts set forth by the Defendant. The Plaintiff further notes that the Defendant has filed a counterclaim in this matter which would likely involve alleged actions by the Plaintiff within the State of Rhode Island. The Plaintiff, through counsel, advised the Defendant, through counsel, that he is willing to conduct depositions telephonically.

## ARGUMENT

While the deposition of a corporation through its agents or officers should normally be taken at the principal place of business of the corporation, See Turner v Prudential Insurance Company of America,119 F.R.D. 381, 383 (D.C.N.C. 1988) the court has wide discretion in selecting the place of examination and each application must be considered on its own facts and equities. See Terry v Modern Woodmen of America, 57 F.R.D. 141 (D.C.N.Y. 1968). The witnesses in this matter work at various locations around the country (Ohio, Georgia and Illinois) and travel routinely as part of their job responsibilities. The defendant has offices in Rhode Island, Massachusetts and New Hampshire. It is the Plaintiff's understanding that Massachusetts serves as the eastern headquarters for the corporation and New Hampshire is the center of environmental claims. A major part of the Plaintiff's business involved work on environmental claims.

The court should consider a number of factors in determining if it should order a deposition away from the principal place of business of the corporation. The court should consider the cost of transportation, lost work to the defendant and the expense and inconvenience of moving large amounts of documents. See General Leasing Co. v Lawrence Photo-Graphic Supply, 84 F.R.D. 130(W.D.Mo. 1979). The cost of transportation to the defendant would be minimal considering the size of the defendant and the parties can certainly rearrange their work schedules to conduct business within New England considering the number of corporate offices and clients within the immediate vicinity. All documents are in the possession of the counsel for the defendant, who works within the State of Rhode Island.

The Turner decisions lists a number of factors which support holding depositions in the forum district. See Turner at 383-384. Counsel for both parties are located in the State of Rhode

Island. The defendant is a large corporation whose employees often engage in travel. Only three employees would be required to travel to the State of Rhode Island to be deposed. There is no burden of shipping documents to the forum site for the defendant. The nature of the plaintiff's assertions, breach of contract and unjust enrichment, favor an adjustment of the equities to support in-state depositions. The nature of the relationship of the parties, employer-employee, favors an adjustment of the equities to support in-state depositions. The fact that the defendant has filed a counterclaim, favors an adjustment of the equities to support in-state depositions.

For these reasons, plaintiff respectfully requests that this Court grant plaintiff's motion that the depositions be conducted within the State of Rhode Island or in the alternative approve the agreement of counsel that the depositions take place telephonically, removing any burden to the defendant.

Respectfully submitted,
Plaintiff,
Raymond S. Kagels,
By his attorney,

/s/Andrew J. McKay
Andrew J. McKay #5395
Kenyon Law Associates, LLP
133 Old Tower Hill Rd., Suite 1
Wakefield, RI 02842
(401) 789 – 0217
(401) 789 – 3584 (fax)
Email: ajm@kenyonlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel via E-mail on the 16th day of September, 2008:

George P. Kostakos, Esq.
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903